

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| JULIO IGNACIO LOURIDO LEON, et al., | ) | Case No. 98-7128-CIV NESBITT |
| Plaintiffs | ) | |
| vs. | ) | |
| MILLON AIR, INC., a Florida corporation; MILLON AIR CARGO, INC., a Florida corporation; FLIGHT CREW RESOURCES INC., a Florida Corporation; and TERESA ROEDENBECK, as Personal Representative of the Estate of ERWIN ROEDENBECK, deceased, a Florida resident, | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICES OF APPEALS (JOINT)

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Plaintiffs Julio Ignacio Lourido Leon, et al, being all plaintiffs in this case including all listed on Exhibit "A" attached hereto and made a part hereof and incorporated by reference for all purposes, and pursuant to F.R.A.P. 4 et seq give notice that all plaintiffs appeal to the United States Court of Appeals for the Eleventh Circuit sitting at Atlanta, Georgia of their Notices of Appeals of the Order of this Court signed on March 29, 2000 denying Plaintiffs' Motions for New Trials per F.R.Civ.P., 59,60 et seq., and this Court's prior May 17, 1999 Order Dismissing Plaintiffs under the doctrine of Forum Non Conveniens.

Respectfully submitted,

_____
NEWTON B. SCHWARTZ, SR.
Texas Bar No. 17869000
Fed. Bar #: 5080 (S.D.Tex. Hou. Div.)

1911 Southwest Freeway
Houston, Texas 77098
Toll Free: 1-800-536-6006
Telephone: (713) 630-0708
Facsimile: (713) 630-0789

**BENTON MUSSLEWHITE**
Texas Bar No. 14752000
2400 Augusta, Suite 110
Houston, Texas 77057
Telephone No. (713) 222-2288
Facsimile No. (713) 783-2260

**CO-COUNSEL FOR PLAINTIFFS**

Richard W. Hoffman
LEEDS & COLBY
2950 S.W. 27th Ave., Suite 300
Miami, FL 33133
Telephone: (305) 567-1200
Facsimile: (305) 443-6102

**LOCAL COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that at true and correct copy of the foregoing has been forwarded via U.S. mail, First Class - CMRRR, to all counsel of record on this the ____ day of April, 2000.

_____
NEWTON B. SCHWARTZ, SR.

cc: J. Thompson Thornton          CMRRR#: Z 188 209 711
    Lisa Berlow-Lehner
    Thornton, Davis & Murray
    Brickell BayView Centre, Sutie 2900
    80 Southwest 8th Street
    Miami, FL 33130

    Clarence Maddox              Via Federal Express
    Clerk of U.S. District Court
    301 No. Miami Avenue
    Miami, FL 33128-7788

# EXHIBIT "A"

JULIO IGNACIO LOURIDO LEON,

GINA MERCEDES VALDIVIESO SANTOS, individually and as next friend of WASHINGTON ANDRES and PAMELA VANESSA;

FILAMIL ZAMBRANO,
KARLA FERNANDA, individually and as next friend of NICOLE FERNANDA;

NEXAR ORTIZ CARTAGENA,

PAULA RENGIFO LOOR, individually and as next friend of CRISTIAN HUMBERTO ORTIZ RENGIFO;

YENNY ALEXANDRA GENDER POINARGOTE,
JOSE EDULFO ZAMBRANO QUIROZ;
JORGE ANTONIO CARRILLO DELGADO,

VALERIA ANA PINELA, individually and as next friend of LISETTE ANETTE CARRILLO and BRYAN ANTHONY CARRILLO;

ESEQUIEL VERA COBENA,
ANTONIO OLMEDO LUZARDO VILLAVICENCIO,
TEREZA MATILDE LUZARDO,
MODESTO ANTONIO REYES LUZARDO,
STEVEN LUZARDO ALCIVAR;
FREDDY CEVALLOS MEZA,
MARISOL VELEZ ROCA,
JOHANNA CEVALOS VELEZ,
FREDDY CEVALLOS VELEZ,
IGRID CEVALLOS VELEZ;

MARIA IRENE PERLATA VILLACRESES, individually and as next friend of MARIA ALEXANDRA PERLATA VILLACRESES;

BLANCA NARCISA MERO REYES,
SHIRLEY VANNESA ESPANA MERO;

CARMEN MIRTHA PITA ORDONEZ, individually and as next friend of JENNIFER GABRIELA MERO PITA,

JOSE HUMBERTO
JOHANA PAOLA MERO PITA;
BARTOLEME REYNA MENDOZA;
ROSA GEORGINA ALERCON COBENA;

NORMA ELIZABETH MENDOZA,

IBAN ARTIMIO VERA VELES, individually and as next friend of ELMIDIO DANIEL VERA MENDOZA,

RAFAEL FERNANDO VERA MENDOZA,
KELVIN PETTER GARCIA MENDOZA;
JORGE HOMERO
ALVA CASTRO;

GINA ISOLINA SOZA MACIAS, individually and as next friend of GINA MARCELA INTRIAGO SOZA;

FRANCISCA M. LAAS CEDENO, individually and as next friend of JULIO CECER LOOR LAZ and MARIA JOSE LOOR LAZ, and JOSE CARLOS LOOR LAZ;

MARIA CRISTINA LOOR M., individually and as next friend of LINEKER DELGADO LOOR,;

AURA LOOR ZAMBRANO,
CLARA LOOR ZAMBRANO,
DAISY PALMA VELIZ;
VICTOR HUGO PILLASAGUA MENDOZA,
VICTOR FABION PILLASAGUSA MIELES;
SEGUNDO SALVADOR LEMA GUANOLUISA;
VICTOR GENDE PINARGOTE,
MERCEDES MARISOL GENDE PINARGOTE;
FRANK REYNALDO ZAMBRANO MARCILLO;
ANTONIO ALBERTO ZAMBRANO
ALMA ELANA ANGELICA ERAZO DELGADO, individually and as next friend of ELIANA ESTAFANIA ZAMBRANO ERAZO;

JUNIOR POMERIO CEDENO VERA;

NANCY BEATRIZ GARCIA MARZUMILLAGA, individually and as next friend of CRISTIAN ANDRES

PAZMINO GARCIA;
LUIS ENRIQUE DIAZ SANTANA;
JOSE CIRILO MERO PICO;
GEOVANNY SALGADO ROCA;
LUIS LORENZO CALDERON MUENTES
LUISA GUANOLUISA DE CALDERON,
LUIS DANIEL CALDERON GUANOLUISA,
ANA LUISA CALDERON GUANOLUISA;

-2-

FRANCISCO ELIAS LINO PLASENCIO,
FLORA HERMELINDA PITA ORODNEZ;
GLORIA ESTRELLA SALGADO ROCA
ROBERTO FERNANDO ESPINOZA VELEZ,

PATRICIA DEL CONSUELO BRAVO VERA, individually and as next friend of MARIA JOSE ESPINOZA VERA, MARCOS ROBERTO ESPINOZA BRAVO and LUIS EDUARDO ESPINOZA BRAVO;

LIZARDO LIBINTONG PANTA GONZALEZ,
MAURO VELIZ,
NANCY GONZALEZ TUAREZ,
MAURO L. PANTA GONZALEZ;
JAIRO SAUL MEJIA ZAMBRANO;
JAQUELINE CEDENO MEZA;
RAUL PIGUAVE PACHOY;
PERFECTO ANTONIO MENDOZA BASURTO;
LOURDES MIGDALIA SALAVARRIA VERA;
RAMON AURELIO CEDENO MEZA;
MARIA MAGDALENA PARRRALES JATIVA;
INES ITALIA PARRALES HOLGUIN,
MARILU LILIANA SANTANA LILIANA;
JESSICA SANTANA VALECIA,
GALO PINARGOTE ALONZO,

GRACIA CELIA MARIELLA LEON ALAVA, individually and as next friend of YALIXA MARIELLA DEMERA LEON;

ROSA DEL ROCIO MOREIRA;
EDGAR ARTURO STACEY ARIAS;
ISAURO CEVALLOS PARARAGA;
JOSE MIGUEL MERA MERA;
KETTY YESENIA OLAYA LEON;
GUSTAVO EDUARDO OCHOA SANTOS;
RICARDO OCHOA SANTOS;
MARIANA DE JESUS VALENCIA MERO;
TERESA MACIAS DE MOLINA,
NESTOR MANUEL MOLINA MACIAS,
LINDA MARGARITA MOLINA MACIAS,
CARLOS ESCIPION DELGADO MOLINA;
MIGEL ANGEL DELGADO MOLINA;
WILLIAN RAFAEL DELGADO MOLINA;
MAURO GILBERTO BAILON LOPEZ;
ROSA COLOMBIA BAILON CEBALLOS,
CESAR RAMIRO BAILON;

JAIME MARCELO BAILON;
TEODORO CEBALLOS QUIJIJE;
MARIA TOA MERO,
SHIRLEY S. LOOR VALDERRAMA,
MARIO A. LOOR VALDERRAMA,
ANGELICA MARIA LOOR VALDERRAMA,
JUAN DE DIOS B. LOOR MERO;
MARIA LEONAR CEDENO,
FELIPE ALEXANDER QUIJANO CEDENO,
JORGE ALEXIS QUIJANO CEDENO;
J. MIRIAM L. VASCONEZ DE S.;
BLANCA GOVEA GARCIA;
ALFREDO PLUA PARRALES,
MARIA HERLINDA GALLO DE PLUA,
MARTHA PLUA GALLO,
ESTHER GALLO MERO;
RICHARD RAFAEL BRAVO MARTILLO;
FERNANDO ANTONIO BRAVO MARTILLO,
ANA INEZ ZAMBRONO DE BRAVO;
JORGE RENE MERA CHAVEZ;

JUANA ESPERANZA MARTILLO ARTEAGA, individually and as next friend of FELIX PATRICIO BRAVO;

WASHINGTON ORLANDO BRAVO MARTILILO;
LUIS ALFREDO ACOSTA;
CECILIA GUADALUPE PINARGOTE DELGADO;
JOSELIAS LORGIO SANCHEZ PINOARGOTE;
CANDY CECILIA SANCHEZ PINOARGOTE;
SOFIA ROSARIO RIOS LEON,
ELIANA BEATRIZ ESCANDON NARANJO;
JOSE CIRO CHOEZ RAMIREZ,
LIDIA AUDREY CASANOVA CEDENO,
BILLY JOSE CHOEZ CASANOVA;
JOSE LUIS CHOEZ CASANOVA,
AUDREY TATIANA CHOEZ CASANOVA;
JOSE LOPEZ,
BLANCA VINCES,
MIGUEL HIDALGO,
BAUDILIO ZAMBRANO,
MERCEDES VALLEJO,
YOLANDA PICO,
NARCISCA LUCAS,
MANUEL SUAREZ,
ZOILA ORTIS,

-4-

JOSE DELGADO,
JULIAN LUCAS,
CARLOS VALENCIA,
NIDIA MOYA,
JOSE ANCHUNDIA,
PATRONA SUAREZ,
FLOR CARDENAS,
PABLO ANCHUNDIA,
RAUL TIGUA,
SONIA MARTINEZ,
STALIN LUCAS,
J. BRIONES ALCIVAR,
LUCIONA PELAEZ,
CARLOS LOPEZ,
LIDER GARCIA,
OTTO SUARZ,
SUCRE SANTANNA,
LUISA FLORES,
JOSE SANTANNA,
ANGEL GUZMAN,
CELSO CERRENO,
RODOLFO SOLIS,
LUIS ERASO,
HOLGER OCHOA,
OTTO VASQUEZ, JESUS LOOR,
ANDERSON BABRERA,
MANUEL RAMIREZ,
JUANA LOOR,
VICTOR VALESQUEZ,
RAMON ARROYO,
CESAR MENDOZA,
MARGARITA MENDOZA,
LINDA LAAZ,
VINCENTE BRAVO,
RODOLFO MACIAS,
SONIA CONFORME,
ESTRELLA CHILA,
YALILE GARCIA,
VICTOR FERNANDO MENDOZA RODRIGUEZ

SUSANA JACKLINE DELGADO ARTEAGA, Individually and as Next Friend of VICTOR FERNANDO MENDOZA DELGADO and HECTOR ISMAEL MENDOZA DELGADO;

RUBY FLORISELDA DELGADO FRANCO de MACIAS;
OSCAR EDUARDO ALEIVAR MURILLO,

-5-

-6-

CARLOS MIGUEL CEVALLOS CHAVEZ,
MANUEL CIRILO LUCAS DELGADO;

PAOLA AZUCENA GUERRERO VELEZ, Individually and as Next Friend of ALEX
RICARDO ROJOS GUERRERO;

MARIO PATRICIO VITERI NEVAREZ Individually and as Next Friend of SIMON
GUSTAVO VITERI RAMIREZ;

CARLOS DANIEL JOSA SOTOMAYOR;
LUIS RICARDO LUCAS MUNOZ,
CESAR EDUARDO MOLINA MACIAS,
EDGAR ARTURO STACY A.,
PUBLIO GUERRO, and
GUSTAVO ADOLFO REYES MONTALVAN